UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 25-40786-prh |
| JASON F. CHILDS | Hon. Paul R. Hage |
| Debtor. | Chapter 7 |
| _____/ | |
| BRIAN REAVER, JR. and<br>BRIAN RICHARD REAVER<br>Plaintiffs | Adv. Proc. No. 25-4086 |
| v. | |
| JASON F. CHILDS<br>Defendant / Third-Party Plaintiff | |
| v. | |
| JOSHUA CASTMORE, Third-Party Defendant;<br>VANGUARD TITLE INSURANCE AGENCY, LLC,<br>    Third-Party Defendant; and<br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br>    Third-Party Defendant | |
| _____/ | |

**ORDER GRANTING VANGUARD TITLE INSURANCE AGENCY, LLC'S
MOTION TO DISMISS THIRD-PARTY COMPLAINT**

On May 9, 2025, Brian Richard Reaver and Brian Reaver Jr. commenced this adversary proceeding against Jason F. Childs (the "Debtor") seeking a determination that certain debts owed by the Debtor are non-dischargeable under section 523(a)(2)(a) of the Bankruptcy Code.

On September 3, 2025, the Debtor filed *Defendant's Third-Party Complaint* [Doc. No. 17] (the "Third-Party Complaint") asserting claims against Vanguard Title Insurance Agency, LLC ("Vanguard"), among others. On December 10, 2025,

Vanguard filed *Third-Party Defendant Vanguard Title Insurance Agency, LLC's Motion to Dismiss Third-Party Complaint* [Doc. No. 55] (the "Motion"). The Debtor responded to the Motion on December 26, 2025 [Doc. No. 56] and, thereafter, Vanguard filed a reply brief [Doc. No. 58] on December 29, 2025. The Court held a hearing on the Motion on February 23, 2026.

Contemporaneously with the filing of this Order, this Court has issued a written opinion granting the Motion.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. Counts I and II of the Third-Party Complaint are dismissed.

2. The Court will issue an order scheduling a scheduling conference with respect to the remaining claims in this adversary proceeding.

**Signed on March 5, 2026**

/s/ Paul R. Hage
Paul R. Hage
United States Bankruptcy Judge