**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

JASON F. CHILDS,

Debtor.

Case No. 25-40786-PRH
Chapter 7
Judge Paul R. Hage

__________________________________/

TITLE RESOURCES GUARANTY COMPANY, AS SUBROGEE OF BRIAN REAVER JR. AND BRIAN RICHARD REAVER,

Plaintiffs,

Adv. No. 25-04086-PRH

v.

JASON F. CHILDS,

Defendant.

__________________________________/

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on the *Defendant's Motion for Summary Judgment* [Doc. No. 76] (the "Motion") filed by Jason F. Childs ("Defendant"). By the Motion, Defendant asks this Court to grant him summary judgment and dismiss the *Complaint for Nondischargeability of Debt* [Doc. No. 1] (the "Complaint") filed by Brian Reaver Jr. and Brian Richard Reaver (collectively, the "Reavers").[1]

[1] Subsequent to the filing of the Complaint, the Court entered its *Order Regarding Plaintiffs' Motion To Join Title Resources Guaranty Company As Plaintiff* [Doc. No. 90], which substituted Title Resources Guaranty Company, a title insurance company, into this adversary proceeding as

A hearing on the Motion was held on September 14, 2026. Today the Court has filed a written opinion [Doc. No. 95] regarding the Motion. For the reasons stated in the Court's written opinion, the Court enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted and this adversary proceeding is dismissed in its entirety.

**Signed on September 18, 2026**

**/s/ Paul R. Hage**

**Paul R. Hage**
**United States Bankruptcy Judge**

---

the named plaintiff for purposes of allowing it to prosecute the Complaint solely in its capacity as the subrogee of the Reavers.